# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

SENICA STROUD

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1:03CR94-3
USM Number: 18353-058

Fredilyn Sison
Defendant's Attorney

FILED
ASHEVILLE, N. C.
JUL 1 0 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

**THE DEFENDANT:**

X     admitted guilt to violation of condition(s) 1 & 2 of the term of supervision.
X     was found in violation of condition(s) count(s) 1 & 2.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 4/20/06 |
| 2 | Drug/Alcohol Use | 1/31/06 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 28, 2006

_____
Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 7-10-06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 Months.

_X_  The Court makes the following recommendations to the Bureau of Prisons:

Defendant may remain under the supervision of the State Probation Office until a further violation of either state or federal occurs or until he is notified by the U. S. Marshal as to when and where to report to the assigned detention facility.

___  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

    ___  As notified by the United States Marshal.

    ___  At___a.m. / p.m. on ___.

_X_  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _X_  as notified by the United States Marshal, AT HIS OWN EXPENSE.

    ___  Before 2 p.m. on ___.

    ___  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
      Deputy Marshal